```
                                                    FILED

                                              2003 NOV 10  P 12: 16
```

DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAT SNYDER and ALEXIS DAVIES | : | CIVIL ACTION NO. 302CV01538 (HBF) |
| **Plaintiff** | : | |
| VS. | : | |
| RONALD PUGLIESE and PETER BOSCO | : | NOVEMBER 5, 2003 |
| **Defendants** | : | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE DISPOSITIVE MOTIONS

Counsel for the Defendants herein respectfully move that the time within which to Defendants must file dispositive motions be extended approximately thirty (30) days to the close of business of the Clerk's Office on February 2, 2004, for the following reasons:

1. The Plaintiffs, Pat Snyder and Alexis Davies, no longer reside in Connecticut which required an accommodation of their travel plans to complete their depositions.

2. By agreement following court intervention, the depositions of the Plaintiffs, which had been scheduled on numerous occasions, were

completed on September 12, 2003 and September 15, 2003.

    3. This is the first motion filed by these Defendants seeking to extend the time within which they must file dispositive motions. The current deadline is January 2, 2004.

    4. Undersigned counsel completed the two-session deposition of the Plaintiffs on September 12, 2003 and September 15, 2003 but did not receive the deposition transcripts, which are necessary to prepare dispositive motions, until October 6, 2003.

    5. Undersigned counsel had three jury trials scheduled in October of 2003 in state court which required more time to attend to than anticipated. Additionally, significant trials are scheduled to commence in state court on November 13, 2003 and in federal court on December 3, 2003. For these reasons, extra time is needed to prepare a comprehensive Motion for Summary Judgment.

    6. Plaintiff's counsel, Timothy Mahoney of the law firm of Williams and Pattis has no objection to this motion for enlargement being granted.

    7. There is no trial date set for this matter to date and this enlargement will not interfere with the orderly progress of this litigation.

WHEREFORE, the Defendants respectfully move this Court that the time within which they are required to file dispositive motions be enlarged until the close of business at the Clerk's Office on February 2, 2004.

THE DEFENDANTS,
Ronald Pugliese and Peter Bosco

By: _____
James P. Mooney, Esquire
Law Office of Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, CT 06825-2418
(203) 373-7780
Federal Bar No.: CT 09070

## CERTIFICATION

This is to certify that on November 5, 2003 a copy of the foregoing Defendants' Motion for Enlargement of Time Within Which to File Dispositive Motions was mailed, postage prepaid, via first class U.S. mail, to:

Attorney Timothy J. Mahoney
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut   06510

Attorney Martin Leonard Caine, III
35 Porter Avenue
Naugatuck, Connecticut   06770

_____
JAMES P. MOONEY, Esquire