FILED
2003 NOV 10 P 12: 16
U.S. DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAT SNYDER and ALEXIS DAVIES | : | CIVIL ACTION NO. 302CV01538 (HBF) |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| RONALD PUGLIESE and PETER BOSCO | : | NOVEMBER 5, 2003 |
| | : | |
| Defendants | : | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE DISPOSITIVE MOTIONS

Counsel for the Defendants herein respectfully move that the time within which to Defendants must file dispositive motions be extended approximately thirty (30) days to the close of business of the Clerk's Office on February 2, 2004, for the following reasons:

1. The Plaintiffs, Pat Snyder and Alexis Davies, no longer reside in Connecticut which required an accommodation of their travel plans to complete their depositions.

2. By agreement following court intervention, the depositions of the Plaintiffs, which had been scheduled on numerous occasions, were

Motion GRANTED. It is SO ORDERED.
[signature] HOLLY B. FITZSIMMONS, U.S.M.J.   DATE

FILED 2003 DEC -2 P 3: 50
U.S. DIST...