FILED

2003 DEC 22  P 12: 45

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PAT SNYDER and ALEXIS DAVIES | : | CIVIL ACTION NO. 302CV01538 (AHN) |
| Plaintiff | : | |
| VS. | : | |
| RONALD PUGLIESE and PETER BOSCO | : | DECEMBER 17, 2003 |
| Defendants | : | |

## REQUEST FOR LEAVE TO FILE AMENDED AFFIRMATIVE DEFENSES

The Defendants, Ronald Pugliese and Peter Bosco, hereby request leave to amend their affirmative defenses, dated October 21, 2002. Specifically, the Defendants wish to amend their affirmative defenses to include the defense of absolute governmental immunity. The Defendants submit that they have already claimed a qualified immunity and that the proposed amendment will in no way delay the proceedings or prejudice the Plaintiffs.

Therefore, the Defendants request that the Court grant them permission to amend their Answer and Affirmative Defenses.

THE DEFENDANTS,
Ronald Pugliese and Peter Bosco

By: _____
James P. Mooney, Esquire
Law Office of Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, CT 06825-2418
(203) 373-7780
Federal Bar No.: CT 09070

## CERTIFICATION

This is to certify that on December 17, 2003 a copy of the foregoing Request for Leave to File Amended Affirmative Defenses was mailed, postage prepaid, via first class U.S. mail, to:

Attorney John R. Williams
Attorney Timothy J. Mahoney
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut  06510

_____
JAMES P. MOONEY, Esquire