FILED

2004 JAN -8 P 12: 25

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAT SNYDER and ALEXIS DAVIES | : : : | CIVIL ACTION NO. 302CV01538 (HBF) |
| Plaintiff | : : | |
| VS. | : : | |
| RONALD PUGLIESE and PETER BOSCO | : : : | JANUARY 6, 2004 |
| Defendants | : | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE DISPOSITIVE MOTIONS

Counsel for the Defendants herein respectfully move that the time within which to Defendants must file dispositive motions be extended approximately thirty (30) days to the close of business of the Clerk's Office on March 3, 2004, for the following reasons:

1. The Plaintiffs, Pat Snyder and Alexis Davies, no longer reside in Connecticut which required an accommodation of their travel plans to complete their depositions.

2. This is the second motion filed by these Defendants seeking to

extend the time within which they must file dispositive motions. The current deadline is February 2, 2004.

3. Undersigned counsel completed the two-session deposition of the Plaintiffs on September 12, 2003 and September 15, 2003 but did not receive the deposition transcripts, which are necessary to prepare dispositive motions, until October 6, 2003.

4. Undersigned counsel had three jury trials scheduled in October of 2003 in state court which required more time to attend to than anticipated. Additionally, significant trials are scheduled to commence in state court on November 13, 2003 and in federal court on December 3, 2003. For these reasons, extra time was needed to prepare a comprehensive Motion for Summary Judgment.

5. During the month of December, 2003 undersigned counsel made considerable progress in drafting a 9(c) statement and draft memorandum of law, but is faced with four significant trials in both state and federal court during the month of January, 2004.

6. Plaintiff's counsel, Timothy Mahoney of the law firm of Williams and Pattis has no objection to this motion for enlargement being granted.

7. There is no trial date set for this matter to date and this enlargement will not interfere with the orderly progress of this litigation.

WHEREFORE, the Defendants respectfully move this Court that the time within which they are required to file dispositive motions be enlarged until the close of business at the Clerk's Office on March 3, 2004.

THE DEFENDANTS,
Ronald Pugliese and Peter Bosco

By: _____
James P. Mooney, Esquire
Law Office of Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, CT 06825-2418
(203) 373-7780
Federal Bar No.: CT 09070

### CERTIFICATION

This is to certify that on January 6, 2004 a copy of the foregoing Defendants' Motion for Enlargement of Time Within Which to File Dispositive Motions was mailed, postage prepaid, via first class U.S. mail, to:

Attorney Timothy J. Mahoney
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut   06510

_____
JAMES P. MOONEY, Esquire