02CV1538 exttime

#25

02CV1538 ext

FILED

2004 JAN -8 P 12: 25

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| PAT SNYDER and ALEXIS DAVIES | : | CIVIL ACTION NO. 302CV01538 (HBF) |
| --- | --- | --- |
| Plaintiff | : | |
| VS. | : | |
| RONALD PUGLIESE and PETER BOSCO | : | JANUARY 6, 2004 |
| Defendants | : | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF
TIME WITHIN WHICH TO FILE DISPOSITIVE MOTIONS**

Counsel for the Defendants herein respectfully move that the time within which to Defendants must file dispositive motions be extended approximately thirty (30) days to the close of business of the Clerk's Office on March 3, 2004, for the following reasons:

1. The Plaintiffs, Pat Snyder and Alexis Davies, no longer reside in Connecticut which required an accommodation of their travel plans to complete their depositions.

2. This is the second motion filed by these Defendants seeking to

2004 JAN 23 P 5: 38
US DISTRICT COURT
BRIDGEPORT

Motion GRANTED. It is SO ORDERED.