02CV1538LVF

FILED

2003 DEC 22 P 12: 45

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAT SNYDER and ALEXIS DAVIES | : | CIVIL ACTION NO. 302CV01538 (AHN) |
| **Plaintiff** | : | |
| VS. | : | |
| RONALD PUGLIESE and PETER BOSCO | : | DECEMBER 17, 2003 |
| **Defendants** | : | |

GRANTED ABSENT OBJECTION
(LOCAL RULE D. 9(a))

Alan H. Nevas, USDJ

2004 JAN 29 A 9:31

## REQUEST FOR LEAVE TO FILE AMENDED AFFIRMATIVE DEFENSES

The Defendants, Ronald Pugliese and Peter Bosco, hereby request leave to amend their affirmative defenses, dated October 21, 2002. Specifically, the Defendants wish to amend their affirmative defenses to include the defense of absolute governmental immunity. The Defendants submit that they have already claimed a qualified immunity and that the proposed amendment will in no way delay the proceedings or prejudice the Plaintiffs.

Therefore, the Defendants request that the Court grant them permission to amend their Answer and Affirmative Defenses.