FILED

2004 JAN 29 A 9:31

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAT SNYDER and ALEXIS DAVIES | : | CIVIL ACTION NO. 302CV01538 (AHN) |
| | : | |
| **Plaintiff** | : | |
| | : | |
| VS. | : | |
| | : | |
| RONALD PUGLIESE and PETER BOSCO | : | DECEMBER 17, 2003 |
| | : | |
| **Defendants** | : | |

## AMENDED AFFIRMATIVE DEFENSES

**First Affirmative Defense:**

The Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

**Second Affirmative Defense:**

Any injuries or damages suffered by the Plaintiffs, to the extent actually incurred, were caused by reason of the Plaintiffs' own wrongful acts, reckless misconduct and/or negligence.

**Third Affirmative Defense:**

Each Defendant is entitled to qualified immunity as the actions and

conduct of each Defendant would not constitute a violation of clearly established law and no reasonable police officer would believe that such actions would constitute a violation of the Plaintiffs' constitutional rights.

**Fourth Affirmative Defense:**

Each Defendant is entitled to qualified immunity as the actions and conduct of each Defendant to the extent that they occurred as alleged, were objectively reasonable under the circumstances of which each Defendant was aware, and as such, each Defendant enjoys qualified immunity from all liability therefore.

**Fifth Affirmative Defense:**

The actions and conduct of the Defendants did not violate any clearly established constitutional or federal statutory right which they should have been aware and they are entitled to both a qualified immunity and an absolute governmental immunity.

THE DEFENDANTS,
Ronald Pugliese and Peter Bosco

By: _____
James P. Mooney, Esquire
Law Office of Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, CT 06825-2418
(203) 373-7780
Federal Bar No.: CT 09070

## CERTIFICATION

This is to certify that on December 17, 2003 a copy of the foregoing Defendants' Amended Affirmative Defenses was mailed, postage prepaid, via first class U.S. mail, to:

Attorney John R. Williams
Attorney Timothy J. Mahoney
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut  06510

_____
JAMES P. MOONEY, Esquire
Federal Bar No.: CT 09070