FILED

2004 MAR -2  P 12: 36

U.S. DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAT SNYDER and ALEXIS DAVIES | : | CIVIL ACTION NO. 302CV01538 (AHN) |
| Plaintiff | : | |
| VS. | : | |
| RONALD PUGLIESE and PETER BOSCO | : | FEBRUARY 26, 2004 |
| Defendants | : | |

### DEFENDANTS' MOTION FOR DISMISSAL OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

The Defendants, Naugatuck Police Officers Ronald Pugliese and Peter Bosco, hereby move for dismissal of the Complaint dated August 28, 2002 pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief could be granted or, in the alternative for summary judgment in their favor pursuant to Federal Rule of Civil Procedure 56(b) on the grounds of absolute or qualified immunity and for other reason set forth below. In support of this motion the Defendants file the attached Memorandum of Law, Rule 9(c) Statement of Undisputed Facts and Affidavits.

THE DEFENDANTS,
Ronald Pugliese and Peter Bosco

By: _____
James P. Mooney, Esquire
Law Office of Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, CT 06825-2418
(203) 373-7780
Federal Bar No.: CT 09070

## CERTIFICATION

This is to certify that on February 26, 2004 a copy of the foregoing Defendants' Motion for Dismissal or in the Alternative for Summary Judgment was mailed, postage prepaid, via first class U.S. mail, to:

Attorney John R. Williams
Attorney Timothy J. Mahoney
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut 06510

_____
JAMES P. MOONEY, Esquire