UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAT SNYDER and<br>ALEXIS DAVIES | : <br> : <br> : | |
| VS. | : <br> : | NO. 3:02CV1538 (HBF) |
| RONALD PUGLIESE and<br>PETER BOSCO | : <br> : | MARCH 22, 2004 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The plaintiffs respectfully move that they be granted a three-week extension of time, until April 13, 2004, to respond to the defendants' motion for summary judgment. In support of this motion, the plaintiffs represent as follows:

1. Defense counsel has no objection to this motion.

2. There has been no prior request for an extension for this purpose.

3. The undersigned just concluded a trial before Judge Underhill and begins evidence tomorrow morning in a trial before Judge Covello. He devoted the weekend to preparing a response to a summary judgment motion before Judge Arterton. Accordingly, he needs additional time to prepare this response.

THE PLAINTIFFS

BY_____
        JOHN R. WILLIAMS (ct00215)
        Williams and Pattis, LLC
        51 Elm Street, Suite 409
        New Haven, CT 06510
        Telephone: 203.562.9931
        Fax: 203.776.9494
        E-Mail: jrw@johnrwilliams.com
        Plaintiffs' Attorney

**CERTIFICATION OF SERVICE**

On the date above stated, a copy hereof was mailed to James P. Mooney, Esq., 2452 Black Rock Turnpike, Fairfield, CT 06432.

_____
JOHN R. WILLIAMS