33

FILED
2004 MAR 24 A 11:53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

: NO. 3:02CV1538 (HBF)

and :

: MARCH 22, 2004

**IOTION FOR EXTENSION OF TIME TO RESPOND**
**DANTS' MOTION FOR SUMMARY JUDGMENT**

ɜspectfully move that they be granted a three-week

il April 13, 2004, to respond to the defendants' motion for

n support of this motion, the plaintiffs represent as follows:

unsel has no objection to this motion.

ıeen no prior request for an extension for this purpose.

gned just concluded a trial before Judge Underhill and

ırrow morning in a trial before Judge Covello. He devoted

ring a response to a summary judgment motion before

rdingly, he needs additional time to prepare this response.

02CV1538 (HBF) 24th March 2004

Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment [Doc. #33] is **GRANTED in part.** Plaintiffs will file their opposition on or before Tuesday, April 6, 2003. No further extension will be granted without a showing of good cause. SO ORDERED.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

FILED
2004 MAR 26 P 4:06
U.S. DISTRICT COURT
BRIDGEPORT, CONN