**FILED**

2004 APR 21  P 2: 26

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| PAT SNYDER and ALEXIS DAVIES | : | CIVIL ACTION NO. 302CV01538 (HBF) |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| RONALD PUGLIESE and PETER BOSCO | : | APRIL 19, 2004 |
| | : | |
| Defendants | : | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF
TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

The defendants respectfully move that they be granted a two week extension of time, until April 30, 2004 to reply to the plaintiffs opposition to Motion for Summary Judgment. In support of this motion, the defendants represent as follows:

1. Plaintiffs' counsel has no objection to this motion.

2. There has been no prior request for an extension for this purpose.

3. The undersigned just concluded a trial before Judge Arterton on April 16, 2004 and prior to just was on trial at the Waterbury Superior Court during

the time period following the filing of the plaintiffs' Opposition to Summary Judgment. Accordingly, he needs additional time to prepare this reply.

THE DEFENDANTS,
Ronald Pugliese and Peter Bosco

By: _____
James P. Mooney, Esquire
Law Office of Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, CT 06825-2418
(203) 373-7780
Federal Bar No.: CT 09070

## CERTIFICATION

This is to certify that on April 19, 2004 a copy of the foregoing Motion for Enlargement of Time to Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment was mailed, postage prepaid, via first class U.S. mail, to:

Attorney Timothy J. Mahoney
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut  06510

_____
JAMES P. MOONEY, Esquire