

**FILED**

2004 APR 21 P 2: 26

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| PAT SNYDER and ALEXIS DAVIES | : | CIVIL ACTION NO. 302CV01538 (HBF) |
| | : | |
| **Plaintiff** | : | |
| VS. | : | |
| RONALD PUGLIESE and PETER BOSCO | : | APRIL 19, 2004 |
| **Defendants** | : | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The defendants respectfully move that they be granted a two week extension of time, until April 30, 2004 to reply to the plaintiffs opposition to Motion for Summary Judgment. In support of this motion, the defendants represent as follows:



Motion GRANTED. It is SO ORDERED 4/23/04

1. Plaintiffs' counsel has no objection to this motion.

2. There has been no prior request for an extension for this purpose.

3. The undersigned just concluded a trial before Judge Arterton on April 6, 2004 and prior to just was on trial at the Waterbury Superior Court during