UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PAT SNYDER, ALEXIS DAVIES

      v.                                  3:02CV1538 (HBF)

RONALD PUGLIESE, PETER BOSCO

## J U D G M E N T

This matter came on before the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, as a result of the defendants' motion to dismiss or, in the alternative, motion for summary judgment. A Consent to Proceed Before a U.S. Magistrate Judge was entered on May 29, 2003.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 9, 2004, entered a ruling denying the defendants' motion to dismiss and granting the motion for summary judgment.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 14th day of September, 2004.

                                            KEVIN F. ROWE, Clerk

                                            By   /s/  _____
                                                        Deputy Clerk

Entered on Docket _____