UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAT SNYDER and ALEXIS DAVIES | : |
| VS. | : NO. 3:02CV1538 (HBF) |
| RONALD PUGLIESE and PETER BOSCO | : OCTOBER 8, 2004 |

## **A P P E A L**

The plaintiffs Pat Snyder and Alexis Davie appeal to the United States Court of Appeals from the attached Judgment, entered in this matter on September 16, 2004.

THE PLAINTIFFS,
PAT SNYDER and ALEXIS DAVIES

BY _/s/ John R. Williams_
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: 203.562.9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
Plaintiffs' Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PAT SNYDER, ALEXIS DAVIES

v.                                                          3:02CV1538 (HBF)

RONALD PUGLIESE, PETER BOSCO

## JUDGMENT

This matter came on before the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, as a result of the defendants' motion to dismiss or, in the alternative, motion for summary judgment. A Consent to Proceed Before a U.S. Magistrate Judge was entered on May 29, 2003.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 9, 2004, entered a ruling denying the defendants' motion to dismiss and granting the motion for summary judgment.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 14th day of September, 2004.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket 9/16/04

**CERTIFICATION OF SERVICE**

On the date above stated, a copy hereof was mailed to James P. Mooney, Esq., Willinger, Willinger & Bucci, P.C., 855 Main Street, Bridgeport, CT 06604.

JOHN R. WILLIAMS