# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE:   __October 13, 2004__         TO:    Intake Clerk

FROM:   __Tasha Simpson    203.579.5657__

FILED

2004 OCT 25 P 12: 39

U.S. DISTRICT COURT
BRIDGEPORT CT

CASE TITLE:    __Snyder, et al.  Vs Pugliese, et al.__

DOCKET NO.:    __3:02 cv 1538 (HBF)__

NOTICE OF APPEAL:   filed: __October 8, 2004__

APPEAL FROM:    final judgment: ✓

interlocutory: __

other: __

DOCKET SHEET:    Attorney, updated address & phone number for <u>each</u> party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

FEE STATUS:    Paid __✓__    Due _____    N/A _____

IFP revoked _____    Application Attached _____

IFP pending before district judge ____

COUNSEL:    CJA _____    Retained __✓__    Pro Se _____

TIME STATUS:    Timely __✓__    Out of Time _____

MOTION FOR
EXTENSION OF TIME: Granted _____    Denied _____

COA:    Granted _____    Denied _____

COMMENTS AND CORRECTIONS:

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: ___Patricia Huttera___ DATE: __10/19/04__
DEPUTY CLERK, USCA

USCA No. _____.