UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAT SNYDER, | : | |
| ALEXIS DAVIES, | : | |
| | : | |
| VS. | : | NO. 3:02CV1538 (HBF) |
| | : | |
| RONALD PUGLIESE, | : | |
| PETER BOSCO | : | NOVEMBER 30, 2004 |

## INDEX TO RECORD ON APPEAL

DOCUMENT NO.

| | |
|---|---|
| Certified Copy of Docket Sheet | 1 |
| Complaint, filed 8/30/02 (Doc. # 1) | 2 |
| Answer and Affirmative Defenses, filed 12/11/02 (Doc. # 12) | 3 |
| Consent to Magistrate Judge, filed 5/29/03 (Doc. # 19) | 4 |
| Motion for Leave to File Affirmative Defenses, filed 12/22/03 (Doc. # 24) | 5 |
| Answer and Affirmative Defenses as to Bosco, filed 1/30/04 (Doc. # 28) | 6 |
| Motion to Amend/Correct Affirmative Defenses, filed 2/10/04 (Doc. # 29) | 7 |
| Motion for Dismissal or in the alternative Summary Judgment filed 3/02/04 (Doc. #30) | 8 |
| Memorandum in Support of Motion to Dismiss or Summary Judgment, filed 3/02/04 (Doc. #31) | 9 |
| Statement of Undisputed Material Facts, filed 3/02/04  (Doc. #32) | 10 |
| Endorsement Order Granting 29 Motion to Amend, | |

filed 3/24/04 (Doc. #34)                                              11

Answer to Complaint, filed 3/24/04 (Doc. #35)                        12

Memorandum in Opposition to Motion to Dismiss or Summary Judgment,
    filed 4/06/04 (Doc. #37)                     13

Plaintiff's Revised Statement of Material Facts, filed 10/14/03 (Doc. #36)   14

Reply to Response to Motion to Dismiss or Summary Judgment,
    filed 4/30/04 (Doc. #40)                      15

Ruling Denying Motion to Dismiss, Granting Summary Judgment,
    filed 9/09/03 (Doc #41)                       16

Judgment, filed 9/14/04 (Doc. #42)                                   17

Notice of Appeal, filed 10/08/04 (Doc. #43)                          18

Clerk's Certificate                                                  19