FILED

2004 DEC 22 P 12: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAT SNYDER and ALEXIS DAVIES | : : : : | CIVIL ACTION NO. 3:02CV1538 (HBF) |
| **Plaintiff** | : : | |
| VS. | : : | |
| RONALD PUGLIESE and PETER BOSCO | : : : | DECEMBER 21, 2004 |
| **Defendants** | : | |

### MOTION TO WITHDRAW APPEARANCE

Undersigned counsel for the Defendants, Raymond J. Kelly, respectfully requests that his appearance on behalf of the Defendants be withdrawn. Effective August 20, 2004 Attorney James Mooney has been employed by Willinger, Willinger and Bucci and he will continue to represent the Defendants.

THE DEFENDANTS,
Ronald Pugliese and Peter Bosco

By: _____
Raymond J. Kelly, Esquire
2452 Black Rock Turnpike
Fairfield, CT 06825-2418
(203) 373-7780
Federal Bar No.: CT 00824

## CERTIFICATION

This is to certify that on December 21, 2004 a copy of the foregoing Motion to Withdraw Appearance was mailed, postage prepaid, via first class U.S. mail, to:

Attorney John R. Williams
Attorney Timothy J. Mahoney
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut  06510

Attorney James P. Mooney
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, Connecticut  06604-4919

_____
RAYMOND J. KELLY, Esquire